

ORIGINAL

FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0610

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0610

IN RE THE MARRIAGE OF:

LYNDSEY M. LALICKER,

Petitioner and Appellee,

v.

CHAD J. HARTKOPF,

Respondent and Appellant.

ORDER

FILED

DEC 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Through counsel, Appellant Chad J. Hartkopf petitions this Court for an out-of-time appeal of a March 19, 2020 Findings of Fact, Conclusions of Law and Order, issued in the Sixth Judicial District Court, Park County. Hartkopf explains that he relied on his previous counsel's advice that the Order was not appealable and that he should seek relief through a motion pursuant to M. R. Civ. P. 59 or 60 in the District Court. He explains that his appeal is late due to inappropriate advice and not due to his mistake or negligence. M. R. App. P. 4(6).

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

We conclude that Hartkopf has demonstrated extraordinary circumstances to pursue this appeal.

IT IS ORDERED that Hartkopf's Petition for an Out-of-Time Appeal is GRANTED and that his counsel shall prepare, file, and serve a Notice of Appeal with this Court in accordance with the Montana Rules of Appellate Procedure and within thirty days. Failure to do so will result in dismissal of this appeal without further notice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all counsel of record.

DATED this 29th day of December, 2020.

Justices